IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN D. BARBER,<br><br>               Petitioner,<br><br>vs.<br><br>BRAD HANSEN,<br><br>               Respondent. | 8:18CV571<br><br>MEMORANDUM<br>AND ORDER |

    This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 24.) Petitioner filed a Notice of Appeal (filing no. 23) on January 30, 2020. Petitioner appeals from the court's Memorandum and Order and Judgment dated November 26, 2019. (Filing Nos. 16 & 17.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis and his trust account information (filing no. 25), the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

    IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 24) is granted.

    Dated this 3rd day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge